IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EATERN DISTRICT OF VIRGINIA
Alexandria Division

| IN RE | * | |
| --- | --- | --- |
| | * | |
| MARK JOHNSON | * | |
| | * | CASE NO. 10-16789 |
| | * | |
| DEBTOR | * | CHAPTER 13 |
| | * | |

| MARK JOHNSON | * | |
| --- | --- | --- |
|     Movant | * | |
| | * | |
| v. | * | |
| | * | |
| GMAC | * | |
|     Respondent | * | |

## ORDER DISALLOWING CLAIM

THIS MATTER coming on to be heard and being heard before the undersigned Judge presiding over the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division, upon the Debtor's Objection to Claim; and

IT FURTHER APPEARING to the undersigned that all parties in interest received notice of this motion and of the time, date and place of this hearing and that no party in interest has objected or filed any response to the relief requested by said motion and the time for amending the Proof of Claim has expired; and

IT IS ORDERED that the arrearage portion of GMAC's Proof of Claim #1 in the amount of $1040.40 is disallowed.

Date: _____

                                                                         _____
                                                                         Hon. Robert G. Mayer
                                                                         United States Bankruptcy Judge

                                                                         Entered on Docket: _____

I ask for this:

**/s/ Jeremy C. Huang**
Jeremy C. Huang
Rowe Barnett, PLLC
5906 Hubbard Dr
Rockville, MD 20852
VSB No. 76861
(301) 770-4710

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

**/s/ Jeremy C. Huang**
Jeremy C. Huang

## PARTIES TO RECEIVE COPIES

Jong Cherl Joo
10831 Haggle Ct
Manassas, VA 20112

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington St., Suite 400
Alexandria, VA 22314

GMAC
P.O. Box 130424
Roseville, MN 55113